| | |
|---|---|
| 1 | STEVEN G. KALAR |
| | Federal Public Defender |
| 2 | JEROME E. MATTHEWS |
| | Assistant Federal Public Defender |
| 3 | 555 - 12th Street |
| | Suite 650 |
| 4 | Oakland, CA 94607-3627 |
| | Telephone: (510) 637-3500 |

Counsel for Defendant MATTHEW LLANEZA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 13 00145 YGR |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) CONTINUING STATUS CONFERENCE |
| vs. | ) |
| MATTHEW LLANEZA, | ) |
| Defendant. | ) |

Matthew Llaneza presently is in custody on a charge of attempted use of a weapon of mass destruction, 18 U.S.C. § 2332(a)(2)(B). The parties' first status conference took place on 11 April 2013. At that conference, defense counsel informed the Court that a large amount of discovery had been produced and that the defense needed to review it and conduct an extensive investigation, including numerous interviews of out-of-state witnesses. To date, defense counsel has been unable to begin the interview process. The government has produced a significant amount of additional discovery and is in the process of obtaining the necessary clearances to produce discovery that defense counsel has requested but not yet received.

A status conference presently is scheduled for 16 May 2013. In light of the ongoing activities described in the previous paragraph, the parties believe that a status conference would

STIP AND ORD 1

be more productive in June than in May.  Accordingly, the parties respectfully recommend and request that the Court continue the status conference to 27 June 2013.  Defense counsel will be out of the office during the weeks of 3 June and 10 June 2013.  In addition, in light of the defense's ongoing investigation and discovery review process, the parties agree that the time between 16 May 2013 and 27 June 2013 should excluded under the Speedy Trial Act for effective defense preparation as well as for continuity of defense counsel.  18 U.S.C. §§ 3161(h)(7)(B)(iv).

SO STIPULATED.

Dated: 13 May 2013  _____/s/_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

Dated: 13 May 2013  _____/s/_____
ANDREW CAPUTO
Assistant United States Attorney

Good cause appearing therefor, IT IS ORDERED that this matter be continued to 27 June 2013 on the grounds set forth in the foregoing stipulation.  The status conference date of 16 May 2013 is VACATED.  For the reasons specified in the parties' stipulation, the time between 16 May 2013 and 27 June 2013 is excluded under the Speedy Trial Act for effective defense preparation as well as continuity of defense counsel.  18 U.S.C. §§ 3161(h)(7)(B)(iv).  The Court finds that the ends of justice served by excluding this time outweighs the best interest of the public and the defendant in a speedy trial. Section 3161(h)(7)(A).

Dated: May 14, 2013  _____
YVONNE GONZALEZ ROGERS
United States District Judge