# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### Oakland Venue

---

### Request for Modifying the Conditions or Term of Supervision
### from the Person Under Supervision
*(Probation Form 49, Waiver of Hearings is Attached)*

---

**Person Under Supervision**
Matthew Aaron Llaneza

**Docket Number**
0971 4:13CR00145-001 YGR

**Name of Sentencing Judge:** The Honorable Yvonne Gonzalez Rogers
Chief United States District Judge

**Date of Original Sentence:** February 27, 2014

**Original Offense:** Count One: Attempted Use of a Weapon of Mass Destruction Against Property Used in Interstate Commerce, 18 U.S.C. § 2332a(a)(2)(B), a Class A felony

**Original Sentence:** 180 months custody; followed by lifetime supervised release

**Special Conditions:** no alcohol; testing and treatment for drug abuse; $100 special assessment; mental health treatment; expanded search condition; no weapons or firearms; and DNA collection.

**Prior Form(s) 12:** On January 13, 2026, Your Honor modified Mr. Llaneza's conditions to include placement at the Residential Reentry Center, as he did not have a viable release address.

**Type of Supervision**
Supervised Release
**Assistant U.S. Attorney**
Andrew Caputo
**Defense Counsel**
Unassigned

**Date Supervision Commences**
February 2, 2026
**Date Supervision Expires**
No Expiration

---

### Petitioning the Court

To modify the conditions of supervised release as follows:

You must reside at the Residential Reentry Center (RRC) for a period of up to 180 days, at the discretion of the probation officer. You must observe the rules of the facility.

NDC-SUPV-FORM 12B(1)  1/12/2024

**RE:**    Llaneza, Matthew Aaron                                                                                    2
               0971 4:13CR00145-001 YGR

## Cause

Mr. Llaneza was released from Bureau of Prison's custody on February 2, 2026, and commenced supervision in Northern District of California.  Upon his release he entered the San Francisco RRC as a public law resident where he has remained.  Mr. Llaneza has been working with our office and his social worker in hopes of securing housing, however, has not done so at this time.  He has agreed to extend his time at the RRC which will allow for additional time to secure adequate housing.

Mr. Llaneza signed a Waiver of Hearing agreeing to modify his special conditions to include placement at the RRC for a period of up to 180 days. The waiver is attached for the Court's review. It is respectfully recommended that the Court modify the special conditions to include placement at the RRC.

Respectfully submitted,                                    Reviewed by:


Kevin Maynor                                                   Nicole M. Brown
U.S. Probation Officer Specialist                       Supervisory U.S. Probation Officer
Date Signed: July 1, 2026

THE COURT ORDERS:

[X]        To modify the conditions of supervision as follows:

            You must reside at the Residential Reentry Center (RRC) for a period of up to 180 days, at the discretion of the probation officer.  You must observe the rules of the facility.

[ ]        Other:


_____July 2, 2026_____                       _____
Date                                                             Yvonne Gonzalez Rogers
                                                                    Chief United States District Judge